Opinion filed May 17, 2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00061-CR

                                                    __________

 

                           BILLY
GLEN WILLIAMS, JR., Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 220th District Court

                                                        Comanche
County, Texas

                                            Trial Court
Cause No. CCCR-09-03146

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Billy
Glen Williams, Jr. has filed in this court a motion to dismiss his appeal. 
Pursuant to Tex. R. App. P. 42.2, the
motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM                                   

May 17, 2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.